# United States Bankruptcy Court
## Northern District of California

In re: Jose Banaag, Myrna Banaag, Debtor(s)

Case No. 11-31698DM
Chapter 13

# PROOF OF SERVICE BY MAIL

I, declare that I am a resident of or employed in the County of Santa Clara, State of California. My address is 25 North 14th Street, Ste. 130, San Jose, CA 95112. I am over the age of eighteen years of age and am not a party to this case.

On **September 19, 2011**, I served the Motion to Convert Chapter 13 case to Chapter 7 on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Jose, California, addressed as follows:

David Burchard
Trustee
393 Vintage Park Drive, Ste. 150
Foster City, CA 94404

Office of U.S. Trustee/SF
235 Pine Street, Ste. 700
San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **September 19, 2011**.

*(signed)*
Signature/EVANGELINE SORIANO